THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of MARION KELLY, Respondent, v. BESSIE NARAS, Appellant.  (Action No. 1.)— Motion for leave to appeal to the Court of Appeals dismissed.  The application was improperly made.  (See Code Crim. Proc. § 520, subd. 3; *People* v. *McCarthy*, 250 N. Y. 358.) Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.